IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKHAIL HENNING,

    Plaintiff,

  v.

CBE GROUP, INC.,

    Defendant.
_____/

No. C 11-00621 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

On February 22, 2011, Defendant CBE Group, Inc. filed a Motion to Dismiss, which is noticed for hearing on May 6, 2011. It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be filed and served by no later than Friday, March 18, 2011. Defendant's reply brief shall be filed and served by no later than Friday, April 1, 2011. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If either party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.

The Court HEREBY ADVISES Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiff also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657,

//

//

//

or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: February 22, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE